UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ACTORS' EQUITY ASSOCIATION,
                        Plaintiff,

-against-

RC CHRISTMAS LLC,
                        Defendant.
-------------------------------------------------------------X

21 CIVIL 937 (JPC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 26, 2022, the petition to confirm the arbitration award is granted. Judgment is entered for $80,301.84, which consists of the arbitration Award, reasonable attorneys' fees, and costs; accordingly, the case is closed.

**Dated**: New York, New York
         April 27, 2022

                                                         **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                        **BY:**
                                                           **Deputy Clerk**